# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

**Senior Airman JESSE A. J. LOBALBO**
**United States Air Force**

**ACM S32306**

**14 January 2016**

Sentence adjudged 26 January 2015 by SPCM convened at Travis Air Force Base, California. Military Judge: Jill M. Thomas (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 60 days, and reduction to E-3.

Appellate Counsel for the Appellant: Major Thomas A. Smith.

Appellate Counsel for the United States: Colonel Katherine E. Oler and Gerald R. Bruce, Esquire.

Before

ALLRED, TELLER, and ZIMMERMAN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.



FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court